ACCEPTED
03-14-00033-CR
3642503
THIRD COURT OF APPEALS
AUSTIN, TEXAS
1/5/2015 8:18:37 AM
JEFFREY D. KYLE
CLERK

## NO. 03-14-00033-CR

| | | |
|---|---|---|
| **MICHAEL MARRERO** | § | **IN THE THIRD** |
| **VS.** | § | **DISTRICT COURT OF** |
| **THE STATE OF TEXAS** | § | **APPEALS OF TEXAS** |

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
1/5/2015 8:18:37 AM
JEFFREY D. KYLE
Clerk

## SECOND MOTION TO EXTEND TIME TO FILE APPELLEE'S BRIEF

## TO THE HONORABLE JUDGES OF SAID COURT:

Now comes the State of Texas, Appellee in the above styled and numbered cause, and moves for an extension of time of 53 days to file Appellee's brief, and for good cause would show the following:

### I.

After Appellant's pretrial motion to suppress was denied, he pled guilty to the class "A" misdemeanor offense of Driving While Intoxicated and received a one-year sentence in county jail, suspended for 15 months, along with a fine and court costs. Appellant's brief was originally due June 2, 2014. Appellant received two extensions to August 18, 2014 before the appeal was abated for findings of fact and conclusions of law. After the case was reinstated in the Third District Court of Appeals on October 3, 2014, Appellant filed his brief on November 4, 2014. The State's brief was originally due on December 4, 2014. The State's first motion for extension was granted, extending the deadline to January 5, 2015.

1

## II.

Abigail Whitaker is handling this case for the State on Appeal. The first motion for extension was based on lack of notice. Although Ms. Braud – counsel for Appellant – later verified that she had faxed a copy of her brief to the State's fax number the same day she filed it, whether due to a technical issue with the fax machines or an office mix-up, none of the State's attorneys familiar with the appeal received notice until December 1, 2015, when I noticed the Court's website showed a brief had been filed.

In early December, Ms. Whitaker had a trial in cause number 2014CR0532. She subsequently had a jury week on the 9-10th of December, and had to catch up on intake through the 19th of December. After the holidays, as a misdemeanor prosecutor she will handle several cases in court on January 6th and 7th, and her vacation is scheduled from the 10th to the 17th of January. Upon her return, she will handle 14 misdemeanor cases at the end of January. She will have court days on February 3rd, 4th, 17th and 18th, and will have a jury week beginning on the 9th of February. Ms. Whitaker anticipates a significant opening in her schedule near the end of February. After conferring with the opposing party, counsel for Appellant does not oppose the extension. Accordingly, in light of Ms. Whitaker's workload and the fact that Appellant's sentence was suspended, the State respectfully

requests an extension of 53 days, to February 27th, 2015. This is the second extension sought by Appellee, and no more extensions will be requested.

III.

**WHEREFORE, PREMISES CONSIDERED,** the State's counsel respectfully requests an extension of 53 days, until February 27th, 2015, so that an adequate response may be made to Appellant's brief. This extension is not requested for purposes of delay but so that justice may be done.

Respectfully submitted,

/s/ Joshua D. Presley
**Joshua D. Presley**
SBN: 24088254
preslj@co.comal.tx.us
Comal Criminal District Attorney's Office
150 N. Seguin Avenue, Suite 307
New Braunfels, Texas 78130
Ph: (830) 221-1300 / Fax: (830) 608-2008

## CERTIFICATE OF SERVICE

I, Joshua D. Presley, assistant district attorney for the State of Texas, Appellee, hereby certify that a true and correct copy of this *Second Motion to Extend Time to File Appellee's Brief* has been delivered to Appellant MICHAEL MARRERO's attorney of record in this matter:

Hallye Casey Braud
Attorney for Appellant on Appeal
hallye@dwidude.com
313 S. Main
San Antonio, TX  78205

By electronically sending it to the above email address through eFileTexas.gov e-filing this 5th day of January, 2015.

/s/ Joshua D. Presley
**Joshua D. Presley**